# Third District Court of Appeal
## State of Florida

Opinion filed May 24, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-0432
Lower Tribunal No. 21-3337 CC

————————

**Julio Companioni, et al.,**
Appellants,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Michael G. Barket, Judge.

Louis Law Group, PLLC, and Pierre A. Louis, and Alibia N. White, for appellants.

Simkovic Law Firm, P.A., and Martin S. Simkovic, for appellee.

Before EMAS, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.